UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVIN MONAIR-DONTH
PETTWAY,

     Plaintiff,                No. 2:21-cv-12716

v                          HON. LINDA V. PARKER

THE MICHIGAN STATE        MAGISTRATE JUDGE
POLICE, TROOPER BRENNAN   CURTIS IVY, JR.
KELLY and JOHN DOE
OFFICERS, in their individual
and official capacities, jointly and
severally,

     Defendants.

_____

Steven A. Haney (P63947)       John Fedynsky (P65232)
Haney Law Group, PLLC         Shelley M. McCormick (P80311)
Attorneys for Plaintiff            Assistant Attorneys General
22815 Kelly Road               Attorneys for Defendant Kelly
Eastpointe, MI  48021         MI Dep't of Attorney General
(248) 414-1470                State Operations Division
steve@haneygroup.net       P.O. Box 30754
                             Lansing, MI  48909
                             (517) 335-7573
                             fedynskyj@michigan.gov
                             mccormicks1@michigan.gov

_____/

**<u>STIPULATED FINAL ORDER OF DISMISSAL</u>**

The parties, having agreed to a negotiated settlement of this matter, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.  Any party may move within sixty days of the entry of this order to enforce the terms of that party's agreement to settle.

This is a FINAL ORDER that resolves all claims in this case.


                                                      s/ Linda V. Parker
                                                      LINDA V. PARKER
                                                      U.S. DISTRICT JUDGE
Dated: September 4, 2025


Approved as to form:

Dated:  September 4, 2025              */s/ Steven A. Haney* (w/consent)
                                                      Steven A. Haney (P63947)
                                                      Attorney for Plaintiff

Dated:  September 4, 2025              */s/ John G. Fedynsky*
                                                      John G. Fedynsky (P65232)
                                                      Attorney for Defendant Kelly

2021-0336050-A

2